(81 South. 891)

BERNHEIMER v. GRAY. (3 Div. 375.) (Supreme Court of Alabama. April 24, 1919.) Appeal from Circuit Court, Montgomery County, in Equity; Leon McCord, Judge. J. Lee

Holloway, of Montgomery, for appellant. W. A. Gunter, of Montgomery, for appellee.

GARDNER, J. In accordance with agreement of counsel, this cause is dismissed, at cost of appellee. See, also, 201 Ala. 462, 78 South. 840.